COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON


# ORDER ON MOTION FOR REHEARING

Cause number and style:        01–12–00935–CV; *In re G.C., a child*

Date motion filed:              March 26, 2013

Party filing motion:            E.O.R., appellant

It is **ordered** that the motion for rehearing is denied.

Judge's signature:   __/s/ Evelyn V. Keyes_____
                      Acting for the Court

Panel consists of: Justices Keyes, Sharp, and Huddle.  Justice Sharp voted to grant rehearing.

Date: <u>May 15, 2013</u>